IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VIOLET GOODWIN,

Plaintiff,

vs.

JESSICA WEISE, "DHHS";

Defendant.

8:25CV665

MEMORANDUM AND ORDER

This matter is before the Court on a motion filed by Plaintiff seeking to extend her deadline to file her amended complaint. Filing No. 7. While Plaintiff does not indicate how much additional time she requires, Plaintiff submits that additional time is needed because she is waiting for paperwork from legal aid to attach to her amended complaint.

Upon consideration,

**IT IS ORDERED** that:

1. Plaintiff's Motion, Filing No. 7, is granted. Plaintiff shall have until **May 29, 2026**, to file her amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "April 27, 2026: "check for amended complaint," and to set the following pro se case management deadline: **May 29, 2026**: check for check for second amended complaint.

3. Plaintiff is notified that if she needs additional time to file her amended complaint she must request an extension by written motion no later than the May 29, 2026, deadline indicating both why she seeks additional time and how long of an extension she requires.

Dated this 29th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge